# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK R. CUKER,** *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-2356 |
| | : | |
| **ESTHER E. BEREZOFSKY,** *et al* | : | |

## JOINT REPORT REGARDING
## STATUS OF ARBITRATION

The parties are meeting in person with the arbitration panel on Monday, October 1, 2018 to discuss requests for information/discovery and scheduling and will report to the Court further regarding the progress of the matter after the panel rules on the procedural issues before it..

*/s/     Mark R. Cuker*
MARK R. CUKER
CUKER LAW FIRM
2005 Market Street, Suite 1120
Philadelphia, PA  19103
Tel:  (215) 531-8522
mark@cukerlaw.com

*/s/     Carlo Scaramella*
Law Office of Carlo Scaramella, LLC
10000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
Tel:  (856) 914-0114
cs@lawofcs.com