# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK R. CUKER, *et al* | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2356 |
| ESTHER E. BEREZOFSKY, *et al* | : |

## ORDER

AND NOW, this 19th day of February 2019, upon considering Defendants' Motion to confirm an arbitration award (ECF Doc. No. 26), Plaintiffs' Motion to vacate an arbitration award (ECF Doc. No. 28), the parties' Responses (ECF Doc. Nos. 29, 30), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Clerk of Court shall remove this case from the suspense docket;

2. Plaintiffs' Motion to vacate (ECF Doc. No. 28) is **DENIED**;

3. Defendants' Motion to confirm (ECF Doc. No. 26) is **GRANTED**;

4. **JUDGMENT** is entered in favor of the Defendants and against the Plaintiffs for the reasons detailed in the chosen arbitration Panel's reasoned final rulings; and

5. The Clerk of Court shall **close** this case.

KEARNEY, J.